

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00229-CV

Paul J. **KITTLE**,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On June 14, 2021, appellant's counsel, Christopher J. Deeves and Kenneth E. Grubbs, filed a motion to withdraw as counsel for appellant. The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5, and it has been on file for more than ten days. *See* TEX. R. APP. P. 6.5(a), (b); *id.* R. 10.3(a). Neither appellant nor appellee have filed any objection or other response to the motion.

After consideration, the motion to withdraw is **GRANTED**. We **ORDER** Christopher J. Deeves and Kenneth E. Grubbs to "immediately notify [appellant], in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to" appellant and to file a copy of that notice with the clerk of this court. *Id.* R. 6.5(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court